UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HASHMATULLAH KHATIR and
ABDUL RAHIM RASOOLI,

Petitioners,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-00094-TLN-SCR

ORDER

Petitioners Hashmatullah Khatir and Abdul Rahim Rasooli are federal immigration detainees proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has

1

reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 6) are ADOPTED IN FULL.

2. Petitioners' application for a writ of habeas corpus (ECF No. 1) are GRANTED based on the lack of any opposition filed by Respondents in this case, the weight of relevant authority, and the undisputed record before this Court.

3. Respondents are ORDERED TO IMMEDIATELY RELEASE Petitioners Hashmatullah Khatir and Abdul Rahim Rasooli from custody under the same conditions they were released prior to their current detention.  Respondents shall not impose any additional restrictions on them, unless such restrictions are determined to be necessary at a future pre-deprivation/custody hearing.

4. Respondents are ENJOINED and RESTRAINED from re-arresting or re-detaining Petitioners absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral factfinder where: (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioners' removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that Petitioners pose a danger to the community or a flight risk.  At any such hearing, Petitioners shall be allowed to have counsel present.

5. Petitioners' request for entry of default (ECF No. 5) is denied as unnecessary in light of the grant of habeas relief.

6. At the time of release, Respondents must return all of Petitioners' documents and possessions.

7. Respondents are further directed to file a notice certifying compliance with this order within 3 days.

8. The Clerk of Court is directed to enter judgment in favor of petitioners and to close this case.

//

Date: February 2, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE